FILED BY FAX PURSUANT TO LOCAL RULES

| | |
|---|---|
| 1 | GLANCY BINKOW & GOLDBERG LLP |
| | LIONEL Z. GLANCY (#134180) |
| 2 | MICHAEL GOLDBERG (#188669) |
| | ROBERT V. PRONGAY (#270796) |
| 3 | CASEY E. SADLER (#274241) |
| 4 | 1801 Avenue of the Stars, Suite 311 |
| | Los Angeles, California 90067 |
| 5 | Telephone: (310) 201-9150 |
| | Facsimile: (310) 201-9160 |
| 6 | E-mail: info@glancylaw.com |

*Attorneys for Plaintiff Jorge Salhuana*

FILED
2011 NOV -7 P 5:08
RICHARD W. ...
CLERK, U.S. DISTRICT ...
NORTHERN DIST... 

E-filing

WHA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SALHUANA, Individually and On Behalf of All Others Similarly Situated, | Case No. |
| Plaintiff, | CV 11 5386 |
| v. | CLASS ACTION |
| DIAMOND FOODS, INC., MICHAEL J. MENDES, and STEVEN M. NEIL, | NOTICE OF INTERESTED PARTIES |
| Defendants. | |

NOTICE OF INTERESTED PARTIES

The undersigned counsel of record for Plaintiff Jorge Salhuana certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Jorge Salhuana
2. Glancy Binkow & Goldberg LLP
3. Law Offices of Howard G. Smith
4. All purchasers of the common stock of Diamond Foods, Inc. between April 5, 2011 and November 1, 2011, inclusive.

DATED: November 7, 2011

GLANCY BINKOW & GOLDBERG LLP

By: _____
Michael Goldberg
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

LAW OFFICES OF HOWARD G. SMITH
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff Jorge Salhuana*

NOTICE OF INTERESTED PARTIES
- 1 -