IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SALHUANA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>DIAMOND FOODS, INC, MICHAEL J. MENDES, and STEVEN M. NEIL,<br><br>  Defendants.<br>                                                                        /<br>AND RELATED ACTIONS<br>                                                                        / | No. C 11-05386 WHA<br><br>**ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED** |

Pursuant to the Court's order dated December 21, 2011, the following cases are related under Civil Local Rule 3-12:

  C 11-05386  *Salhuana v. Diamond Foods, Inc., et al.*

  C 11-05399  *Mitchem v. Diamond Foods, Inc., et al.*

  C 11-05409  *Woodward v. Diamond Foods, Inc., et al.*

  C 11-05457  *Rall, et al. v. Diamond Foods, Inc., et al.*

  C 11-05479  *Simon v. Diamond Foods, Inc., et al.*

  C 11-05615  *MacFarland v. Diamond Foods, Inc., et al.*

Any party objecting to the consolidation of these cases pursuant to Rule 42(a) of the Federal Rules of Civil Procedure must show cause in writing no later than January 9, 2012, why the cases should not be consolidated, together with all cases related to them in the future.  Any

response to such objections must be filed no later than January 17, at which time the matter will be deemed submitted.

The Court is aware that there is a related derivative action. That action will maintain its related status, but the Court does not propose consolidating that action with the above-stated actions.

**IT IS SO ORDERED.**



Dated: January 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE