IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SALHUANA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND FOODS, INC, MICHAEL J. MENDES, and STEVEN M. NEIL,<br><br>Defendants.<br>_____/<br>AND RELATED ACTIONS<br>_____/ | No. C 11-05386 WHA<br><br>**ORDER REQUESTING FILING OF NOTICE OF PUBLICATION** |

Pursuant to 15 U.S.C. 78u-4(a)(3)(A)(i), "not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class — (I) of the pendency of the action, the claim asserted therein, and the purported class period . . . ."

By **NOON ON JANUARY 6, 2012**, please file a copy of the notice of publication. The date on which the notice was published should be clearly indicated.

**IT IS SO ORDERED.**

Dated: January 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE