DEAN S. KRISTY (CSB NO. 157646)
dkristy@fenwick.com
SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
JAMES J. VARELLAS III (CSB NO. 253633)
jvarellas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Defendants Diamond Foods, Inc.,
Michael J. Mendes and Steven M. Neil

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE SALHUANA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND FOODS, Inc., MICHAEL J. MENDES, and STEVEN M. NEIL,<br><br>Defendants. | Case No.  CV 11-05386 WHA<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND [PROPOSED] ORDER RELATING CASES**<br><br>(Civil L.R. 3-12)<br><br>Judge: The Honorable William H. Alsup<br><br>Date Action Filed:  November 7, 2011 |

1  WHEREAS, on December 9, 2011, defendants filed an administrative motion pursuant to Civil Local Rule 3-12(b) to deem the following alleged securities class actions and purported derivative actions related:

*Salhuana v. Diamond Foods, Inc. et al.*, Case No. CV-11-05386 WHA ("*Salhuana*");

*Mitchem v. Diamond Foods, Inc. et al.,* Case No. CV-11-05399 RS ("*Mitchem*");

*Woodward v. Diamond Foods, Inc. et al.*, Case No. CV-11-05409 LHK ("*Woodward*");

*Rall v. Diamond Foods, Inc. et al.*, Case No. CV-11-05457 PJH ("*Rall*");

*Simon v. Diamond Foods, Inc. et al.*, Case No. CV-11-05479 PJH ("*Simon*");

*MacFarland v. Diamond Foods, Inc. et al*., Case No. CV-11-05615 EJD ("*MacFarland*");

*Bd. of Trustees of City of Hialeah Emp. Ret. Sys. v. Mendes et al.*, Case No. CV 11-05692 LB ("*Hialeah*"); and

WHEREAS, subsequently, on December 19, 2011, a second purported federal derivative complaint was filed in this Court, *Lucia v. Baer et al*., Case No. CV 11-06417 JSC ("*Lucia*");

WHEREAS, by Order of December 21, 2011, this Court deemed the prior alleged securities class actions (*i.e*., *Salhuana*, *Mitchem, Woodward, Rall, Simon* and *MacFarland*) and derivative action (*Hialeah*) to be related, and all matters are now before the Honorable William H. Alsup;

WHEREAS the *Lucia* action likewise should be related to *Salhuana*, *Mitchem*, *Woodward*, *Rall*, *Simon*, *MacFarland* and *Hialeah* because (1) it involves some of the same parties, property, transactions and events; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges:

IT IS ACCORDINGLY STIPULATED**,** pursuant to Civil Local Rules 3-12, 7-11 and 7-12, by and between undersigned counsel, that *Lucia* should be related to *Salhuana,* the first filed action, and to the related *Mitchem*, *Woodward*, *Rall*, *Simon*, *MacFarland* and *Hialeah* actions.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: January 5, 2012 | FENWICK & WEST LLP |
| 2 | | By: /s/ *Jennifer C. Bretan* |
| 3 | | Jennifer C. Bretan, Esq. |
| 4 | | 555 California Street, 12th Floor<br>San Francisco, California  94104<br>Telephone:  (415) 875-2300 |
| 5 | | Facsimile:   (415) 281-1350 |
| 6 | | Attorneys for Defendants Diamond Foods, Inc., Michael J. Mendes and Steven M. Neil |
| 7 | | |
| 8 | Dated: January 5, 2012 | GLANCY BINKOW& GOLDBERG LLP |
| 9 | | By: /s/ *Robert V. Prongay* |
| 10 | | Robert V. Prongay, Esq. |
| 11 | | 1925 Century Park East<br>Suite 2100 |
| 12 | | Los Angeles, CA 90067<br>Phone: (310) 201-9150 |
| 13 | | Fax: (310) 201-9160 |
| 14 | | Attorneys for Plaintiff Jorge Salhuana |
| 15 | Dated: January 5, 2012 | BERMAN DEVALARIO |
| 16 | | By: /s/ *Daniel E. Barenbaum* |
| | | Daniel E. Barenbaum, Esq. |
| 17 | | One California Street, Suite 900 |
| 18 | | San Francisco, CA 94111<br>Phone:  (415) 433-3200 |
| 19 | | Fax:  (415) 433-6382 |
| 20 | | Attorneys for Plaintiff Richard Mitchem |
| 21 | Dated: January 5, 2012 | HAUSFELD LLP |
| 22 | | By: /s/ *Michael P. Lehmann* |
| | | Michael P. Lehmann, Esq. |
| 23 | | 44 Montgomery Street, Suite 3400 |
| 24 | | San Francisco, CA 94104<br>Phone:  (415) 633-1908 |
| 25 | | Fax:  (415) 358-4980 |
| 26 | | Attorneys for Plaintiff Stewart Woodward |
| 27 | | |
| 28 | | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RELATING CASES — 2 — CASE NO.  CV 11-05386 WHA

| | | |
|---|---|---|
| 1 | Dated: January 5, 2012 | FINKELSTEIN THOMPSON LLP |
| 2 | | By: /s/ *Mark Punzalan* |
| 3 | | Mark Punzalan, Esq. |
| 4 | | 100 Bush Street, Suite 1450<br>San Francisco, CA 94104<br>Phone:  (415) 398-8700 |
| 5 | | Fax: (415) 398-8704 |
| 6 | | Attorneys for Plaintiffs Gary Rall and Marion Rall |
| 7 | Dated: January 5, 2012 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 8 | | By: /s/ |
| 9 | | Shawn A. Williams, Esq. |
| 10 | | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 11 | | San Francisco, CA 94104<br>Telephone:  (415) 288-4545 |
| 12 | | Facsimile:    (415) 288-4534 |
| 13 | | Attorneys for Plaintiff Gary Simon |
| 14 | Dated: January 5, 2012 | GREEN WELLING, P.C. |
| 15 | | By: /s/ *Robert S. Green* |
| 16 | | Robert S. Green, Esq. |
| 17 | | 595 Market Street, Suite 2750<br>San Francisco, CA 94105 |
| 18 | | Phone: (415) 477-6700<br>Fax: (415) 433-6710 |
| 19 | | Attorneys for Plaintiff Henry MacFarland |
| 20 | Dated: January  5, 2012 | ABRAHAM FRUCHTER & TWERSKY, LLP |
| 21 | | By: /s/*Ian D. Berg* |
| 22 | | Ian D. Berg, Esq. |
| 23 | | 12526 High Bluff Drive, Suite 300<br>San Diego, CA 92130 |
| 24 | | Phone: (858) 792-3448<br>Fax: (858) 792-3449 |
| 25 | | Attorneys for Plaintiff Board of Trustees Of City |
| 26 | | Of Hialeah Employees' Retirement System |
| 27 | | |
| 28 | | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RELATING CASES      3      CASE NO.  CV 11-05386 WHA

| | | |
|---|---|---|
| 1 | Dated: January 5, 2012 | CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP |
| 2 | | |
| 3 | | By: /s/ *Francis A. Bottini*<br>Francis A. Bottini, Esq. |
| 4 | | 550 West "C" Street, Suite 2000<br>San Diego, CA 92101 |
| 5 | | Phone: (619) 241-4810<br>Fax: (619) 995-5318 |
| 6 | | |
| 7 | | Attorneys for Plaintiff Dave Lucia |

Pursuant to General Order No. 45 Section X(B), all signatories concur in filing this stipulation.

Dated: January 6, 2012               By: /s/ *Jennifer C. Bretan*
                                            Jennifer C. Bretan

* * *

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____
                                            Hon. William Alsup
                                            United States District Court Judge

---

STIPULATION AND [PROPOSED] ORDER RELATING CASES       4       CASE NO. CV 11-05386 WHA

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO