# Exhibit B

**Laborers Pension Trust Fund for Northern California**

Class Period: 12/9/2010 to 11/4/2011

**DIAMOND FOODS INC**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price* |
|---|---|---|---|---|---|
| | DMND | 252603105 | 2015309 | US2526031057 | $31.59 |

**FIFO/LIFO:**

| Trans Type | Trade Date | Settle Date | Shares | Price Per Share | Cost / Proceeds | |
|---|---|---|---|---|---|---|
| Open | 12/09/10 | | 0.00 | | | |
| Purchase | 06/03/11 | 06/08/11 | 1,100.00 | $69.03 | ($75,928.49) | |
| Purchase | 06/06/11 | 06/09/11 | 400.00 | $70.07 | ($28,028.52) | |
| Purchase | 06/07/11 | 06/10/11 | 400.00 | $70.53 | ($28,212.36) | |
| Purchase | 06/08/11 | 06/13/11 | 1,200.00 | $70.19 | ($84,229.68) | |
| Purchase | 06/14/11 | 06/17/11 | 300.00 | $70.73 | ($21,218.46) | |
| Purchase | 06/17/11 | 06/22/11 | 300.00 | $71.03 | ($21,308.94) | |
| Purchase | 06/22/11 | 06/27/11 | 200.00 | $73.97 | ($14,794.72) | |
| Purchase | 06/28/11 | 07/01/11 | 400.00 | $74.37 | ($29,749.52) | |
| Purchase | 07/27/11 | 08/01/11 | 200.00 | $70.41 | ($14,081.20) | |
| Purchase | 08/02/11 | 08/05/11 | 300.00 | $69.56 | ($20,867.82) | |
| Purchase | 08/09/11 | 08/12/11 | 100.00 | $65.02 | ($6,501.93) | |
| Purchase | 08/10/11 | 08/15/11 | 100.00 | $65.09 | ($6,509.48) | |
| Purchase | 08/11/11 | 08/16/11 | 200.00 | $68.93 | ($13,785.94) | |
| Purchase | 08/12/11 | 08/17/11 | 100.00 | $70.32 | ($7,031.59) | |
| Purchase | 08/15/11 | 08/18/11 | 100.00 | $71.71 | ($7,171.24) | |
| Purchase | 08/19/11 | 08/24/11 | 200.00 | $71.37 | ($14,274.48) | |
| Purchase | 09/27/11 | 09/30/11 | 100.00 | $81.80 | ($8,180.39) | |
| Purchase | 09/28/11 | 10/03/11 | 400.00 | $80.25 | ($32,098.84) | |
| Purchase | 10/06/11 | 10/12/11 | 300.00 | $73.54 | ($22,062.99) | |
| Purchase | 10/18/11 | 10/21/11 | 500.00 | $72.94 | ($36,470.20) | |
| Purchase | 10/21/11 | 10/26/11 | 300.00 | $68.38 | ($20,514.03) | |
| | *Class period purchases:* | | **7,200.00** | | **($513,020.82)** | |
| Sale | 09/21/11 | 09/26/11 | -200.00 | $92.89 | $18,578.40 | |
| Sale | 10/20/11 | 10/25/11 | -100.00 | $71.02 | $7,102.00 | |
| | *Class period sales (matched to class period purchases):* | | **-300.00** | | **$25,680.40** | |
| Sale | 11/11/11 | 11/16/11 | -1,500.00 | $38.18 | $57,267.00 | ** |
| Sale | 11/14/11 | 11/17/11 | -400.00 | $37.67 | $15,066.67 | ** |
| Sale | 11/14/11 | 11/17/11 | -900.00 | $37.67 | $33,900.00 | ** |
| Sale | 11/15/11 | 11/18/11 | -4,000.00 | $37.47 | $149,885.71 | ** |
| Sale | 11/16/11 | 11/21/11 | -100.00 | $37.47 | $3,747.38 | ** |
| | *Post-Class period sales (matched to class period purchases):* | | **-6,900.00** | | **$259,866.76** | |
| | **Retained purchases:** | | **0.00** | **$31.59** | **$0.00** | |
| | | | | **FIFO/LIFO Loss:** | **($227,473.66)** | |

*Value of retained purchases is the mean trading price from 11/07/2011 to 01/05/2012*
**Pursuant to the PSLRA, the value for sales occurring during the 90-day lookback period is either the sale price or the average price up to the date of sale, whichever is higher.*