# EXHIBIT B

Movant's Purchases and Losses

Diamond Foods

| Name | Date | Shares Purchased | Share Price | Total Cost | Date** | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| New England Carpenters Guaranteed Annuity Fund | 06/03/2011 | 800 | $69.03 | $55,220.72 | 08/16/2011 | 800 | $71.54 | $57,232.56 | |
| New England Carpenters Guaranteed Annuity Fund | 06/06/2011 | 300 | $70.07 | $21,021.39 | 11/11/2011 | 700 | $38.18 | $26,724.60 | |
| New England Carpenters Guaranteed Annuity Fund | 06/07/2011 | 300 | $70.53 | $21,159.27 | held | 2,700 | $31.59 | $85,297.94 | |
| New England Carpenters Guaranteed Annuity Fund | 06/08/2011 | 800 | $70.19 | $56,153.12 | | | | | |
| New England Carpenters Guaranteed Annuity Fund | 06/14/2011 | 200 | $70.73 | $14,145.64 | | | | | |
| New England Carpenters Guaranteed Annuity Fund | 06/17/2011 | 200 | $71.03 | $14,205.96 | | | | | |
| New England Carpenters Guaranteed Annuity Fund | 06/22/2011 | 200 | $73.97 | $14,794.72 | | | | | |
| New England Carpenters Guaranteed Annuity Fund | 06/28/2011 | 200 | $74.37 | $14,874.76 | | | | | |
| New England Carpenters Guaranteed Annuity Fund | 07/27/2011 | 200 | $70.41 | $14,081.20 | | | | | |
| New England Carpenters Guaranteed Annuity Fund | 08/02/2011 | 200 | $69.56 | $13,911.88 | | | | | |
| New England Carpenters Guaranteed Annuity Fund | 08/09/2011 | 100 | $65.02 | $6,501.93 | | | | | |
| New England Carpenters Guaranteed Annuity Fund | 08/11/2011 | 100 | $68.93 | $6,892.97 | | | | | |
| New England Carpenters Guaranteed Annuity Fund | 08/12/2011 | 100 | $70.32 | $7,031.59 | | | | | |
| New England Carpenters Guaranteed Annuity Fund | 08/15/2011 | 100 | $71.71 | $7,171.24 | | | | | |
| New England Carpenters Guaranteed Annuity Fund | 10/18/2011 | 200 | $72.94 | $14,588.08 | | | | | |
| New England Carpenters Guaranteed Annuity Fund | 10/21/2011 | 200 | $68.38 | $13,676.02 | | | | | |
| New England Carpenters Guaranteed Annuity Fund | | 4,200 | | $295,430.49 | | 4,200 | | $169,255.10 | ($126,175.39) |
| New England Carpenters Pension Fund | 06/03/2011 | 700 | $69.03 | $48,318.13 | 08/16/2011 | 700 | $71.54 | $50,078.49 | |
| New England Carpenters Pension Fund | 06/06/2011 | 300 | $70.07 | $21,021.39 | 11/11/2011 | 700 | $38.18 | $26,724.60 | |
| New England Carpenters Pension Fund | 06/07/2011 | 300 | $70.53 | $21,159.27 | held | 2,700 | $31.59 | $85,297.94 | |
| New England Carpenters Pension Fund | 06/08/2011 | 800 | $70.19 | $56,153.12 | | | | | |
| New England Carpenters Pension Fund | 06/14/2011 | 100 | $70.73 | $7,072.82 | | | | | |
| New England Carpenters Pension Fund | 06/17/2011 | 200 | $71.03 | $14,205.96 | | | | | |
| New England Carpenters Pension Fund | 06/22/2011 | 200 | $73.97 | $14,794.72 | | | | | |
| New England Carpenters Pension Fund | 06/28/2011 | 200 | $74.37 | $14,874.76 | | | | | |
| New England Carpenters Pension Fund | 07/27/2011 | 200 | $70.41 | $14,081.20 | | | | | |
| New England Carpenters Pension Fund | 08/02/2011 | 200 | $69.56 | $13,911.88 | | | | | |
| New England Carpenters Pension Fund | 08/09/2011 | 100 | $65.02 | $6,501.93 | | | | | |
| New England Carpenters Pension Fund | 08/10/2011 | 100 | $65.09 | $6,509.48 | | | | | |
| New England Carpenters Pension Fund | 08/11/2011 | 100 | $68.93 | $6,892.97 | | | | | |

Movant's Purchases and Losses | | | | | | | | Diamond Foods

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| New England Carpenters Pension Fund | 08/12/2011 | 100 | $70.32 | $7,031.59 | | | |
| New England Carpenters Pension Fund | 08/15/2011 | 100 | $71.71 | $7,171.24 | | | |
| New England Carpenters Pension Fund | 10/18/2011 | 200 | $72.94 | $14,588.08 | | | |
| New England Carpenters Pension Fund | 10/21/2011 | 200 | $68.38 | $13,676.02 | | | |
| New England Carpenters Pension Fund | | 4,100 | | $287,964.56 | 4,100 | $162,101.03 | ($125,863.53) |
| | | | | | | | |
| Movants' Total | | 8,300 | | $583,395.05 | 8,300 | $331,356.13 | ($252,038.92) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $31.59 as of January 05, 2012.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.