IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JORGE SALHUANA, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

DIAMOND FOODS, INC, MICHAEL J. MENDES, and STEVEN M. NEIL,

    Defendants.

AND RELATED ACTIONS

No. C 11-05386 WHA

**ORDER CONSOLIDATING ACTIONS**

An order to show cause why the following related cases should not be consolidated issued on January 3, 2012:

    C 11-05386    *Salhuana v. Diamond Foods, Inc., et al.*

    C 11-05399    *Mitchem v. Diamond Foods, Inc., et al.*

    C 11-05409    *Woodward v. Diamond Foods, Inc., et al.*

    C 11-05457    *Rall, et al. v. Diamond Foods, Inc., et al.*

    C 11-05479    *Simon v. Diamond Foods, Inc., et al.*

    C 11-05615    *MacFarland v. Diamond Foods, Inc., et al.*

The deadline to show cause why the cases should not be consolidated has passed. Having received no objection to consolidation, the above-stated cases are consolidated for all purposes,

including, but not limited to, discovery, pretrial proceedings, and trial proceedings pursuant to Federal Rule of Civil Procedure 42(a).

The consolidated cases shall be identified as *In re Diamond Foods, Inc., Securities Litigation*, Case No. CV 11-05386 WHA, and the files of this action shall be maintained in one file under Master File No. 11-05386. Every pleading filed in the consolidated action shall bear the following caption:

| | |
|---|---|
| In re Diamond Foods, Inc., Securities Litigation ) | Case No. 11-CV-05386 (WHA) |
| ) | |
| This Document Relates to: ) | |
| ) | |
| ) | |

When a pleading is intended to be applicable to some, but not all, of such actions, the docket number for each individual action to which the document is intended to be applicable, shall appear immediately after the words: "This Document Relates to."

Any other action now pending or hereafter filed in this district that arises out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes as the Court becomes aware of them. The parties shall notify the Court of any other action pending or filed outside this district that may be related to the subject matter of these consolidated actions, if and when they become aware of such actions.

Defendants are not required to respond to the complaint in any action consolidated into this action, other than the consolidated complaint. A consolidated complaint shall be filed within 45 days of the order appointing lead counsel. The consolidated complaint shall be the operative

complaint and shall supersede all complaints in any of the actions consolidated herein. Defendants shall respond to the consolidated complaint within 45 days after service.

**IT IS SO ORDERED.**

Dated: January 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE