1  Michael J. Shepard (Bar No. 91281)
   HOGAN LOVELLS US LLP
2  4 Embarcadero Center, 22nd Floor
   San Francisco, California  94111
3  Telephone:  (415) 374-2301
   Facsimile:   (415) 374-2499
4  michael.shepard@hoganlovells.com

5  Norman J. Blears (Bar No. 95600)
   Maren J. Clouse (Bar No. 228726)
6  HOGAN LOVELLS US LLP
   525 University Avenue, 4th Floor
7  Palo Alto, California 94301
   Telephone:  (650) 463-4000
8  Facsimile:   (650) 463-4199
   norman.blears@hoganlovells.com
9  maren.clouse@hoganlovells.com

10 Attorneys for Defendant Steven M. Neil

11
12                              UNITED STATES DISTRICT COURT
13                             NORTHERN DISTRICT OF CALIFORNIA
14                                  SAN FRANCISCO DIVISION

15 | In re DIAMOND FOODS, INC. SECURITIES LITIGATION | Case No.  11-CV-05386 WHA
16 | _____ | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**
17 | This Document Relates to: | The Honorable William H. Alsup
18 | ALL ACTIONS | Date Action Filed:  November 7, 2011

19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Steven M. Neil hereby substitutes the law firm of Hogan Lovells US LLP as his counsel of record in this action, in the place and instead of Fenwick & West LLP.

Pursuant to such substitution, Mr. Neil hereby request that all notices, filings and other documents in this action be served on the following counsel:

> Michael J. Shepard (Bar No. 91281)
> HOGAN LOVELLS US LLP
> 4 Embarcadero Center, 22nd Floor
> San Francisco, California 94111
> Telephone: (415) 374-2301
> Facsimile: (415) 374-2499
> michael.shepard@hoganlovells.com
>
> Norman J. Blears (Bar No. 95600)
> Maren J. Clouse (Bar No. 228726)
> 525 University Avenue, 4th Floor
> Palo Alto, California 94301
> Telephone: (650) 463-4000
> Facsimile: (650) 463-4199
> norman.blears@hoganlovells.com
> maren.clouse@hoganlovells.com

I hereby agree to the foregoing substitution.

Dated: February 14, 2012         By: _____/s/ *Steven M. Neil*_____
                                          Steven M. Neil

We hereby agree to the foregoing substitution.

Dated: February 14, 2012         FENWICK & WEST LLP

                                 By: _____/s/ *Jennifer C. Bretan*_____
                                          Jennifer C. Bretan

We hereby accept the foregoing substitution.

Dated: February 14, 2012         HOGAN LOVELLS US LLP

                                 By: _____/s/ *Michael J. Shepard*_____
                                          Michael J. Shepard

**ORDER**

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Hogan Lovells US LLP is substituted as counsel of record in this action for defendant Steven M. Neil, in place and instead of Fenwick & West LLP.

Dated:  February 16, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

Pursuant to General Order No. 45, Section X (B), I, Michael J. Shepard, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  February 14, 2012

 /s/ *Michael J. Shepard*
Michael J. Shepard