1 | Sara B. Brody (SBN 130222)
sbrody@sidley.com
2 | Robert B. Martin, III (SBN 235489)
rbmartin@sidley.com
3 | Naomi A. Igra (SBN 269095)
nigra@sidley.com
4 | SIDLEY AUSTIN LLP
555 California Street, Suite 2000
5 | San Francisco, California 94104
Telephone: (415) 772-1200
6 | Facsimile: (415) 772-7400

7 | Attorneys for Defendant
*Michael J. Mendes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re DIAMOND FOODS, INC. SECURITIES LITIGATION | Case No. 11 CV 05386 (WHA) |
|---|---|
| This Document Relates to: | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| ALL ACTIONS | |

---

**NOTICE OF SUBSTITUTION OF COUNSEL – CASE NO. 11 CV 05386**

SF1 1788220v.1

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |     PLEASE TAKE NOTICE that defendant Michael J. Mendes hereby substitutes the law firm of Sidley Austin LLP as his counsel of record in this action, in the place and instead of Fenwick & West LLP.

    Pursuant to such substitution, Mr. Mendes hereby request that all notices, filings and other documents in this action be served on the following counsel:

> Sara B. Brody
> Robert B. Martin, III
> Naomi A. Igra
> SIDLEY AUSTIN LLP
> 555 California Street, Suite 2000
> San Francisco, California 94104
> Telephone: (415) 772-1200
> Facsimile: (415) 772-7400

I hereby agree to the foregoing substitution.

Dated:  February 14, 2012      By:     /s/ *Michael J. Mendes*
                                                            MICHAEL J. MENDES

We hereby agree to the foregoing substitution.

Dated:  February 14, 2012      FENWICK & WEST LLP

                                          By:     /s/ *Jennifer C. Bretan*
                                                            JENNIFER C. BRETAN

We hereby accept the foregoing substitution.

Dated:  February 14, 2012  SIDLEY AUSTIN LLP

By: _____/s/ *Sara B. Brody*_____
    SARA B. BRODY
    ROBERT B. MARTIN, III
    NAOMI A. IGRA

# **ORDER**

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Sidley Austin LLP is substituted as counsel of record in this action for defendant Michael J. Mendes, in place and instead of Fenwick & West LLP.

Dated: February 16, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE