IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Diamond Foods, Inc., Securities Litigation / | No. C 11-05386 WHA |
| This Document Relates to: All Actions. / | **ORDER REQUESTING ADDITIONAL INFORMATION** |

Counsel shall provide the following information, which was requested at yesterday's hearing by **NOON ON MARCH 5, 2012**.

1. How many times has Mississippi PERS been appointed lead plaintiff in the last three years?

2. In how many cases is Mississippi PERS currently serving as lead plaintiff?

3. At the hearing, it was stated that pursuant to a state statute, the Mississippi Attorney General's Office has the full executive authority to bring, decide, and settle cases on behalf of Mississippi PERS. Please provide a citation for this statute and provide a copy of the statute.

**IT IS SO ORDERED.**

Dated: March 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE