IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

DIAMOND FOODS, INC.,
SECURITIES LITIGATION.

This Document Relates to:

    All Actions.

No. C 11-05386 WHA

**ORDER RE CONTRIBUTIONS MADE BY PLAINTIFF'S COUNSEL TO DEMOCRATIC ATTORNEYS GENERAL ASSOCIATION**

    The law firms of Chitwood Harley Harnes, LLP, and Lieff Cabraser Heimann & Bernstein, LLP, must each submit a statement itemizing all contributions made either directly or indirectly by the firm or by any member of the firm to the Democratic Attorneys General Association from January 1, 2012, to present, and any communications between either law firm and the Mississippi Attorney General's Office concerning any such contribution. All responses to this order shall be filed under seal and are due by **NOON ON APRIL 29**.

    **IT IS SO ORDERED.**

Dated: April 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE