IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

DIAMOND FOODS, INC., SECURITIES LITIGATION.

This Document Relates to:

All Actions.

No. C 11-05386 WHA

**ORDER ALLOWING FILING OF SUR-REPLY**

In connection with the briefing on plaintiff's motion for class certification, defendant filed objections to the reply declarations of Dr. Jay Hartzell and Attorney John Harnes (Dkt. No. 202-1, 202-5).

Defendant may file a sur-reply brief, due by **NOON ON APRIL 29.** The brief, including any attachments thereto, shall be limited to five pages.

**IT IS SO ORDERED.**

Dated: April 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE