IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE DIAMOND FOODS, INC.,
SECURITIES LITIGATION.

No. C 11-05386 WHA

This Document Relates to:

All Actions.

_____/

**ORDER SETTING HEARING
ON DISCOVERY DISPUTE**

  In response to plaintiff Mississippi Public Employees' Retirement Systems' discovery dispute referenced in Docket Number 234, the Court **SETS** a three-and-one-hour meet-and-confer in the Court's jury room starting from **9:30 A.M. AND CONTINUING TO 1:30 P.M.** (with a thirty-minute lunch break at noon) on **THURSDAY, MAY 30, 2013**. At **1:30 P.M.**, the Court will hear any remaining unresolved issue(s) in Courtroom 8. Defendant Neil's response is due by noon on May 29. Please buzz chambers at 9:30 a.m. on May 30 to be let into the jury room.

  Please be aware that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

  **IT IS SO ORDERED.**

Dated: May 24, 2013.

                WILLIAM ALSUP
                UNITED STATES DISTRICT JUDGE