IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE DIAMOND FOODS, INC.,
SECURITIES LITIGATION.

No. C 11-05386 WHA

This Document Relates to:

All Actions.

**ORDER SETTING BRIEFING SCHEDULE RE DISCOVERY DISPUTE**

/

Following today's hearing on plaintiff's motion to compel production from defendant Steven Neil of documents included in item one of defendant's privilege log, the following schedule is set:

**BY JUNE 7**, defendant Neil must produce all documents in item one that were in his folders, office, desk, or were stored on his computer prior to the date that Hogan Lovells LLP became his counsel in the case. For any of the remaining documents, defendant and/or his counsel must file sworn declarations establishing the factual basis for the assertion of work-product protection.

**BY JUNE 14**, plaintiff must take any depositions necessary to challenge the basis for the assertion of work-product protection.

**BY NOON ON JUNE 28**, both parties should submit simultaneous supplemental briefs on the motion. If necessary, any further deadlines will be set after receipt of the parties' briefs.

**IT IS SO ORDERED.**

Dated: May 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE