**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

DIAMOND FOODS, INC.,
SECURITIES LITIGATION.
_____/

This Document Relates to:

    All Actions.
_____/

No. C 11-05386 WHA

**ORDER RE FORM AND
MANNER OF CLASS NOTICE**

    Having reviewed the parties' joint proposed form of notice and proposal for dissemination of notice to the class, it is hereby ordered that:

    The notice form appended hereto should be used to provide notice to the class. The Court approves the parties' proposed timeline for defendants to provide mailing addresses to plaintiff's counsel, who will then work with the proposed notice administrator, KCC Class Action Services, to distribute notices to the class via first class mail. As reflected in the appended notice form, the opt-out deadline should be extended up to and including September 17, 2013.

    In order to address the problem of brokers and custodians, plaintiff's counsel (not the notice administrator) *must communicate weekly* with the brokers and custodians identified as having held Diamond Foods, Inc. securities on behalf of a beneficial owner or in a "street name" to make sure that the notice form is timely sent out to the beneficial owners.

Additionally, plaintiff's counsel must issue a press release containing the notice form or information regarding how to obtain a copy of the form; plaintiff's counsel must also post the notice on the firm's website.

**IT IS SO ORDERED.**

Dated: May 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2