IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE DIAMOND FOODS, INC.,
SECURITIES LITIGATION.

No. C 11-05386 WHA

This Document Relates to:

All Actions.

/

**ORDER RE DISCOVERY DISPUTE**

Counsel for plaintiff Mississippi Public Employees' Retirement System has filed a letter stating that its discovery motion, filed on May 24, has been mooted and that no further relief is necessary regarding that motion. Accordingly, as the motion has been resolved, all deadlines associated with the motion are **VACATED** (see Dkt. No. 241).

As stated in the order dated June 10 (Dkt. No. 249), plaintiff's motion to file portions of the discovery motion under seal was denied because the designating party failed to file a responsive declaration. Pursuant to Local Rule 79-5(d), the document or proposed filing will be made part of the public record.

**IT IS SO ORDERED.**

Dated: June 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE