IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE DIAMOND FOODS, INC., SECURITIES LITIGATION

This Document Relates to:

All Actions

/

No. C 11-05386 WHA

**ORDER RE JOINT MOTION TO STAY DISCOVERY**

A hearing is hereby set for **11:30 AM ON AUGUST 22** to discuss the parties' joint motion to stay discovery and all other deadlines in this action (Dkt. No. 275). Counsel for lead plaintiff and defendants Diamond Foods, Inc., Michael J. Mendes, and Steven M. Neil should attend.

**IT IS SO ORDERED.**

Dated: August 21, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE