United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE DIAMOND FOODS, INC., SECURITIES LITIGATION

No. C 11-05386 WHA

**ORDER RE EMERGENCY JOINT MOTION FOR CALENDAR**

____________________________________/

As stated in the August 22 hearing, the case schedule shall be adjusted by 28 days, with discovery stayed during this period of time. The case schedule is adjusted as follows:

- Non-expert discovery cut-off: October 18, 2013
- Opening expert reports: October 18, 2013
- Opposition expert reports: November 1, 2013
- Reply expert reports: November 8, 2013
- Expert discovery cut-off: November 22, 2013
- Dispositive motion deadline: November 21, 2013
- Final Pretrial Conference: February 10, 2014
- Jury Trial: March 3, 2014

**IT IS SO ORDERED.**

Dated: August 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE