UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DIAMOND FOODS, INC., SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>   All Actions | Case No.: 11-cv-05386-WHA<br><br>[PROPOSED] ORDER TO SHOW CAUSE |

To: Barclays Capital
     c/o Adam S. Paris
     Sullivan & Cromwell LLP
     1888 Century Park East
     Los Angeles, CA 90067-1725

On September 26, 2013, this Court issued its Preliminary Approval Order of the proposed settlement in the above captioned matter, setting the Final Approval Hearing for January 9, 2014, and requiring, among other things, that brokers and custodians who held Diamond common stock on behalf of clients submit a letter confirming that they have either provided the Notice of Proposed Settlement to their clients or provided the Claims Administrator with a mailing list of these clients to Class Counsel. Barclays Capital ("Barclays") and Lehman Brothers Inc., whose North American investment-banking and

trading divisions were acquired by Barclays in October 2008 shortly after Lehman Brothers had filed for bankruptcy, were identified in the records of the Depository Trust Clearing Corporation as nominees that held Diamond stock during the Class Period (October 5, 2010 through February 8, 2012), potentially on behalf of clients. Plaintiff has represented to the Court that Barclays was sent the Notice, as well as letters and email communications from Class Counsel concerning its obligation to submit the required broker letter, and was provided a form letter of compliance to complete, but it has not responded. Additionally, Plaintiff has represented that it contacted Barclays by mail and email on several occasions as described in the Declaration of Krissi T. Gore of Class Counsel's Compliance with May 31, 2013 Order Re Form and Manner of Class Notice dated August 21, 2013 [ECF 273], the Declaration of Krissi T. Gore Regarding Broker Compliance dated November 26, 2013 [ECF 299-2], and the Supplemental Declaration of Krissi T. Gore Regarding Broker Compliance dated December 30, 2013 [ECF 301-2], which were filed in connection with the settlement of this Action, and that these efforts have continued through January 13, 2014.

The Court conducted the Final Approval Hearing on January 9, 2014, and issued the Order Granting Final Approval of the Proposed Class Settlement on January 10, 2014. Because Barclays did not submit the required broker compliance letter, the Court is concerned that Barclays' clients who purchased Diamond common stock during the Class Period did not or will not have sufficient opportunity to submit a claim to receive their appropriate share of the settlement consideration. In the event that Barclays did not distribute the Notice of Proposed Settlement to its clients by November 20, 2013, the time for its clients to submit a claim will be extended from the existing deadline of January 9, 2014, which has already passed, to ~~February 15, 2014~~ February 28, 2014.

Accordingly, having considered the circumstances described above, NOW,

THEREFORE,

IT IS ORDERED that Barclays is to appear and demonstrate why it should not be held in contempt for failing to respond to Class Counsel's notice and instructions regarding this Court's Orders. Barclays may file a responsive brief in this Court no later than January 27, 2014 at noon and serve it on all parties by the same date and time. This brief shall set forth the reasons why Barclays has not submitted the required broker letter demonstrating that it distributed the Notice of Proposed Settlement to any clients who purchased Diamond common stock during the Class Period, or in the alternative, provided the names and addresses of such clients to the Claims Administrator in accordance with the Notice that was distributed on October 1, 2013. The parties may file any replies thereto on or before January 29, 2014, at noon. A hearing to consider the responses and to determine whether Barclays should be held in contempt, is scheduled for ~~January 30,~~ February 6, 2014, at 1:00 p.m.

IT IS FURTHER ORDERED that Barclays identify the date on which it distributed the Notice of Proposed Settlement to its clients who purchased Diamond common stock during the Class Period, if applicable, and, if the date of distribution of the Notice was later than November 20, 2013, that the time for its clients to submit a Claim to the Claims Administrator is extended to ~~February 15,~~ February 28, 2014. Barclays shall give appropriate notice of the extension of time to file a Claim set forth above, and confirm to this Court that it has done so. Barclays may be relieved of its obligation to appear on ~~January 30,~~ February 6, 2014 to show cause only if it provides to Class Counsel [Meryl W. Roper, Chitwood Harley Harnes LLP, 1230 Peachtree Street, NE, Suite 2300, Atlanta, GA 30309, (404) 873-3900, mroper@chitwoodlaw.com], on or before that date, the required broker compliance letter or a statement confirming that it did not hold Diamond common stock on behalf of any clients during the Class Period; and

~~[PROPOSED]~~ ORDER TO SHOW CAUSE
No. 11-CV-05386-WHA

- 3 -

IT IS FURTHER ORDERED that Class Counsel serve this Order to Show Cause personally, if possible, as well as by overnight delivery.

IT IS SO ORDERED.

Dated: <u>January 14</u> , 2014.

                                                _____
                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE