IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE DIAMOND FOODS, INC.,
SECURITIES LITIGATION

No. C 11-05386 WHA

This Document Relates to:
    All Actions.

**ORDER VACATING HEARING ON ORDERS TO SHOW CAUSE**

On January 14, Barclays Capital and Hold Brothers On-Line Investment Services LLC were ordered to show cause as to why they should not be held in contempt for failing to respond to class counsel's notice and instructions as to required broker compliance letters (Dkt. Nos. 312, 313). An order to show cause hearing was then set for February 6. On January 27, Barclays Capital and Hold Brothers both submitted responses, stating that they each returned the broker compliance letters to class counsel (Dkt. Nos. 317, 320). Given class counsel's confirmation that Barclays Capital and Hold Brothers are now in compliance with the broker requirements and applicable notice requirements (Dkt. No. 327), this order finds that good cause has been shown to discharge the prior orders to show cause. The hearing for February 6 is accordingly **VACATED**.

**IT IS SO ORDERED.**

Dated: January 29, 2014.



WILLIAM ALSUP