IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DIAMOND FOODS, INC., SECURITIES LITIGATION | No. C 11-05386 WHA |
| This Document Relates to:<br>    All Actions. | **ORDER RE MOTION TO SHORTEN TIME AND MOTION TO DISTRIBUTE NET SETTLEMENT FUND** |

    Lead plaintiff's counsel have filed (1) an "unopposed" motion to distribute net settlement funds to the class; and (2) an "unopposed" motion to shorten time thereon, although no declaration was provided as required under Civil Local Rule 6-3. Nonetheless, if defense counsel wish to file responses to those motions, indicating either their opposition or non-opposition thereto, please file such responses by **4 PM ON OCTOBER 17, 2014**.

**IT IS SO ORDERED.**

Dated: October 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE