John F. Harnes (admitted *pro hac vice*)
Gregory E. Keller (admitted *pro hac vice*)
CHITWOOD HARLEY HARNES LLP
1230 Peachtree Street, NE
Suite 2300
Atlanta, Georgia 30309
Tel.:  (404) 873-3900
Fax:   (404) 876-4476
JHarnes@chitwoodlaw.com
GKeller@chitwoodlaw.com

Counsel for Plaintiff Mississippi Public
Employees' Retirement System

Richard M. Heimann
(State Bar No. 63607)
Joy A. Kruse
(State Bar No. 142799)
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, California  94111- 3339
Tel:  (415) 956-1000
Fax:  (415) 956-1008
rheimann@lchb.com
jakruse@lchb.com

Counsel for Plaintiff Mississippi Public
Employees' Retirement System

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DIAMOND FOODS, INC., SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>  All Actions | Case No.: 11-cv-05386-WHA<br><br>**[PROPOSED] ORDER GRANTING PERMISSION TO DISTRIBUTE RESIDUAL FUNDS TO LATE BUT OTHERWISE VALID CLAIMANTS**<br><br>Date:        Thursday, January 14, 2016<br>Time:       8:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge:      The Honorable William H. Alsup |

AND NOW, this 14th day of December, 2015, upon consideration of Lead Plaintiff's Unopposed Motion for Permission to Distribute Residual Funds to Late but Otherwise Valid Claimants and the Memorandum and Points of Authorities in Support thereof in the above-captioned action and the Declaration of Justin R. Hughes, Vice President of Class Actions for Kurtzman Carson Consultants, LLC ("KCC" or the "Claims Administrator") dated December 3, 2015 (the "Hughes Declaration") filed herewith, and upon the Amended Stipulation of Settlement dated as of August 20, 2013 [Doc. No. 284] (the "Settlement Stipulation"), and upon the Order Granting Final Approval of Proposed Class Settlement and Granting in Part Attorney's Fees and Reimbursement of Expenses dated January 10, 2014 [Doc. No. 305] (the "Final Approval Order"), the Judgment dated January 21, 2014 [Doc. No. 316] (the "Judgment") approving the Settlement Stipulation, and the Order for Distribution of Class Settlement Fund dated October 16, 2014 [Doc. No. 338], and upon all prior proceedings heretofore had herein and after due deliberation, it is hereby ORDERED as follows:

1. Class Counsel are authorized to instruct the Claims Administrator to distribute the available residual funds in the Net Cash Settlement Fund (other than funds necessary to pay attorneys' fees and expenses of the Settlement Fund, as provided in the Final Approval Order) to the 46 claimants who submitted late but otherwise valid claim forms to the Claims Administrator after the Initial Distribution had commenced, and who did not receive any distribution in the Initial Distribution. The available residual funds will be distributed to such late claimants on a *pro rata* basis in proportion to the Recognized Loss that the Claims Administrator has determined for each such claimant.

2. Class Counsel are authorized to pay from the Net Cash Settlement Fund up to an additional $25,000 to KCC for Administration Costs above the $350,000 amount previously authorized by the Court in connection with the administration

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO DISTRIBUTE RESIDUAL FUNDS TO LATE BUT OTHERWISE VALID CLAIMANTS,
No. 11-CV-05386-WHA

- 1 -

and distribution of the Settlement Fund.

3. Any funds remaining after the distribution of available residual funds in the Net Cash Settlement Fund as provided in this Order are to be distributed in accordance with the Distribution Order dated October 16, 2014.

Dated:  December 14, 2015.       _____
The Honorable William Alsup
United States District Judge

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO DISTRIBUTE RESIDUAL FUNDS TO LATE BUT OTHERWISE VALID CLAIMANTS,
No. 11-CV-05386-WHA

- 2 -